**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY HOLT, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., )<br>)<br>    Defendant. ) | FILED: SEPTEMBER 16, 2008<br>08CV5274<br>JUDGE CONLON<br>MAGISTRATE JUDGE BROWN<br>BR |

**COMPLAINT**

**INTRODUCTION**

1. Plaintiff Kimberly Holt brings this action to secure redress from unlawful credit and collection practices engaged in by defendant NCO Financial Systems, Inc. ("NCO"). Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

2. The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

**JURISDICTION AND VENUE**

3. This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

4. Venue and personal jurisdiction in this District are proper because:

    a. Defendant's collection communications were received by plaintiff within this District;

    b. Defendant does business within this District.

**PARTIES**

5. Plaintiff is an individual who resides in the Northern District of Illinois.

1

6. Defendant NCO Financial Systems, Inc. ("NCO") is a foreign corporation with its principal place of business at 507 Prudential Road, Horsham, PA 19044. It does business in Illinois. Its registered agent and office is CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

7. NCO Financial Systems, Inc. operates a collection agency.

8. NCO Financial Systems, Inc. is a "debt collector" as defined in the FDCPA.

## FACTS

9. Defendant has been attempting to collect from plaintiff debts incurred for personal, family or household purposes and not for business purposes, namely a student loan and a credit card.

10. On or about November 11, 2007, plaintiff sent the letter attached as <u>Exhibit A</u> to NCO.

11. On or about Feb. 19, 2008, plaintiff sent the letter attached as <u>Exhibit B</u> to NCO.

12. On or about Feb. 19, 2008, plaintiff sent the letter attached as <u>Exhibit C</u> to NCO.

13. On or about July 31, 2008, plaintiff sent the letter attached as <u>Exhibit D</u> to NCO via certified mail. It was received on August 8, 2008, as shown by the return receipt, <u>Exhibit E</u>.

14. NCO continued calling plaintiff after receiving plaintiff's letters, including calls placed on August 11, 2008 and August 13, 2008.

## VIOLATIONS COMPLAINED OF

15. Defendant thereby violated 15 U.S.C. §1692c.

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

    (1)  Statutory damages;

    (2)  Attorney's fees, litigation expenses and costs of suit;

    (3)  Such other and further relief as the Court deems proper.

            s/Daniel A. Edelman
            Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
  & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

  Plaintiff demands trial by jury.

            s/Daniel A. Edelman
            Daniel A. Edelman

t:\17977\pleading\complaint_pleading.wpd

3

**NOTICE OF LIEN AND ASSIGNMENT**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)