**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| KIMBERLY HOLT, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 1:08CV5274 Judge Conlon |
| NCO FINANCIAL SYSTEMS, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of this action, with prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas E. Soule | /s/ James K. Schultz |
| Daniel A. Edelman | James K. Schultz |
| Thomas E. Soule | SESSIONS, FISHMAN, NATHAN & ISRAEL |
| EDELMAN, COMBS, LATTURNER & GOODWIN LLC | 55 West Monroe Street, Suite 1120 |
| 120 South LaSalle Street, 18th Floor | Chicago, Illinois 60603 |
| Chicago, Illinois 60603 | (312) 578-0990 |
| (312) 739-4200 | (312) 578-0991 (FAX) |
| (312) 419-0379 (FAX) | jschultz@sessions-law.biz |
| courtecl@edcombs.com | |

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule, hereby certify that the preceding was filed electronically, and served upon David Israel (disrael@sessions-law.biz) and James Schultz (jschultz@sessions-law.biz) by operation of the Court's electronic filing system, on January 5, 2009.

/s/ Thomas E. Soule
Thomas E. Soule